UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH ESPINO MEJIA, RODOLFO LEDESMA,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD, UNION PACIFIC RAILROAD COMPANY; and Does 1-10, inclusive,<br><br>Defendants. | No. 2:17-cv-01037-KJM-AC<br><br><u>SECOND AMENDMENT TO THE SCHEDULING ORDER</u> |

The parties jointly request (ECF No. 15) to amend dates in the pretrial scheduling order (ECF No. 11), which were amended once previously (ECF No. 13). Good cause appearing, the court GRANTS this request, as follows:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Discovery Cutoff | July 3, 2018 | October 5, 2018 |
| Expert Witness Disclosures | June 20, 2018 | September 21, 2018 |
| Rebuttal Expert Witness Disclosures (formerly called Supplemental Expert Witness Disclosures) | July 23, 2018 | October 23, 2018 |
| Expert Discovery Cutoff | September 20, 2018 | December 20, 2018 |
| All Dispositive Motions Heard By | October 19, 2018 | January 25, 2019 |
| Private Mediation Deadline | July 20, 2018 | NO CHANGE |

1

This amendment does not alter any other portions of the initial scheduling order (ECF No. 11).

IT IS SO ORDERED.

DATED: June 14, 2018

_____
UNITED STATES DISTRICT JUDGE